UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVIND BALU,<br><br>        Plaintiff,<br><br>    v.<br><br>REBECCA DRUCKMAN, et al.,<br><br>        Defendants. | Case No. 24-cv-02088-SI<br><br>**JUDGMENT** |

The Court has granted defendants' motions to dismiss without leave to amend. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 7, 2025

_____
SUSAN ILLSTON
United States District Judge